UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| JOEY JOHNSEN,<br><br>　　　Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>　　　Defendant. | Civil No. 3:10-cv-05727-JRC<br><br>ORDER AMENDING THE SCHEDULING ORDER |

Based on Defendant's Motion to Amend the Scheduling Order (ECF No. 16), and that Plaintiff's Counsel has no opposition, it is hereby ORDERED that the Scheduling Order shall be amended as follows:

- Defendant shall have up to and including April 4, 2011, to file Defendant's responsive brief;
- Plaintiff shall have up to and including April 18, 2011, to file an optional reply brief; and
- Oral argument, if desired, shall be requested by April 25, 2011.

DATED this 4th day of March 2011.

_____
J. Richard Creatura
United States Magistrate Judge

Page 1　　ORDER - [3:10-cv-05727-JRC]