UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JOEY JOHNSEN,<br><br>       Plaintiff,<br><br> v.<br><br>MICHAEL J. ASTRUE, Commissioner of the Social Security Administration,<br><br>       Defendant. | CASE NO. 10-5727 JRC<br><br>ORDER OF REMAND |

  This Court has jurisdiction pursuant to 28 U.S.C. § 636(c), Fed. R. Civ. P. 73 and Local Magistrate Judge Rule MJR 13. (See also Notice of Initial Assignment to a U.S. Magistrate Judge and Consent Form, ECF No. 5; Consent to Proceed Before a United States Magistrate Judge, ECF No. 11.) This matter is before the Court on the parties' stipulated motion to remand the matter to the administration for further consideration. (ECF No. 19.)

  After reviewing the parties' stipulated motion and the remaining record, the Court GRANTS the parties' motion. Based on the stipulation of the parties, and the remaining record, it is ORDERED that the Commissioner's decision in regard to Plaintiff's application for Supplemental Security Income under Title XVI of the Social Security Act be REVERSED and

ORDER - 1

REMANDED to the Commissioner of Social Security for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  On remand, the administrative law judge shall (1) reevaluate the opinion of Edwin Stickle, M.D., (2) reevaluate the opinion of Elizabeth Koenig, M.D., and (3) take all actions specified in all the district court orders and orders of the Appeals Council.

The ALJ shall take any other actions necessary to develop the record.  In addition, Plaintiff may submit additional evidence and arguments to the ALJ on remand.

Given the facts and the parties' stipulation, the Court hereby orders the case be **REVERSED** and **REMANDED** pursuant to sentence four of  42 U.S.C. § 405(g).

DATED at this 5th day of April, 2011.

J. Richard Creatura
United States Magistrate Judge

ORDER - 2