**Judge J. Richard Creatura**

# UNITED STATES DISTRICT COURT
# FOR WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOEY JOHNSEN,<br><br>  Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security Administration,<br><br>  Defendant. | NO. 3:10-cv-05727-JRC<br><br>**ORDER FOR AWARD OF EAJA ATTORNEY FEES** |

This Court has jurisdiction pursuant to 28 U.S.C. § 636(c), Fed. R. Civ. P. 73 and Local Magistrate Judges Rule MJR 13. (See also Notice of Initial Assignment to a U.S. Magistrate Judge and Consent Form, ECF No. 5; Consent to Proceed Before a United States Magistrate Judge, ECF No. 11.)

This matter comes before the Court on plaintiff's application for attorneys' fees and costs under the Equal Access to Justice Act, 28 U.S.C. § 2412 ("EAJA"), the affidavit of counsel in support of attorney's fees and costs and the affidavit of plaintiff assigning EAJA fees to his attorney. (ECF No. 22.)  Defendant has no objection to plaintiff's motion (ECF No. 23).

ORDER
Page 1

The Court GRANTS plaintiff's motion and ORDERS that attorney's fees and costs in the amount of $1,780.00 shall:

1) Be awarded to plaintiff pursuant to <u>Astrue v. Ratliff</u>, __ U.S. __, 130 S.Ct. 2521, 2524, 2010 U.S. LEXIS 4763 (2010) and delivered to plaintiff's counsel, Brock D. Stiles; however,

2) If the U.S. Department of the Treasury verifies to the Office of General Counsel that plaintiff does not owe a debt, the government will honor plaintiff's assignment of EAJA Fees and pay EAJA fees and expenses directly to Brock D. Stiles.

DATED this 20th day of April 2011.

J. Richard Creatura
United States Magistrate Judge

ORDER
Page 2